UNITED STATESDISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| RICKY L. SUTTON, JR., )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF CLINTON, INDIANA, CLINTON POLICE )<br>DEPARTMENT, OFFICER JOHN ALKIRE in his )<br>individual and official capacities, OFFICER )<br>BRANDON MAHADY in his individual and )<br>official capacities, COUNTY OF PARKE, )<br>INDIANA, CITY OF ROCKVILLE, INDIANA )<br>PARKE COUNTY SHERIFF'S DEPARTMENT )<br>and DEPUTY COREY HUTCHINS in his )<br>individual and official capacities, )<br>    Defendants. ) | CAUSE NO: 2:20-cv-0042-JRS-DLP |

## JOINT STIPULATION OF PARTIAL DISMISSAL AS TO DEFENDANT CITY OF ROCKVILLE, INDIANA

Plaintiff, Ricky L. Sutton Jr., and Defendants City of Clinton, Indiana, Clinton Police Department, Officer John Alkire in his individual and official capacities, Officer Brandon Mahady in his individual and official capacities, County of Parke, Indiana, Parke County Sheriff's Department, and Deputy Cory Hutchins in his individual and official capacities stipulate as follows:

1. This matter is currently pending as it pertains to Defendants City of Clinton, Indiana, Clinton Police Department, Officer John Alkire in his individual and official capacities, Officer Brandon Mahady in his individual and official capacities, County of Parke, Indiana, Parke County Sheriff's Department, and Deputy Cory Hutchins in his individual and official capacities.

2. This Stipulation of Dismissal only pertains to City of Rockville, Indiana.

3. The Dismissing Parties hereby stipulate, and this Court hereby orders that the claims

brought by Ricky L. Sutton, Jr. against the City of Rockville, Indiana only, in this lawsuit, without limitation, those claims made in his complaint for Damages are dismissed with prejudice. Additionally, no claims against the other Defendants not being dismissed are waived and/or released as a result of this Dismissal.

/s/ Ronald L. Gemma Jr.
Ronald Gemma, Esq., 30235-70
Gemma & Karimi LLP
320 N. Meridian St., Suite 916
Indianapolis, IN 46204
Phone: 317-258-0300
Fax: 317-620-7034
Email: ron.gemma@yahoo.com
*Counsel for Plaintiff, Ricky L. Sutton Jr.*

/s/ Daniel J. Paul
Daniel J. Paul
Williams Barrett & Wilkowski, LLP
600 N. Emerson Ave., P.O. Box 405
Greenwood, IN 46142-0405
Phone: 317-888-1121
Fax: 317-887-4069
Email: dpaul@wbwlawyers.com
*Counsel for Defendants City of Clinton, Indiana, Clinton Police Department, Officer John Alkire and Officer Brandon Mahady.*

/s/ Craig M. McKee
Craig M. McKee
Wilkinson, Goeller, Modesitt, Wilkinson & Drummy, LLP
333 Ohio St.
Terre Haute, IN 47807
Phone: 812-917-2809
Fax: 812-235-5107
Email: CMMcKee@wilkinsonlaw.com
*Counsel for Defendants Parke County, Indiana, Parke County Sheriff's Department, and Deputy Cory Hutchins.*

**APPROVED AND SO ORDERED.**

Date: _____

_____
Judge, United States District Court
Southern District of Indiana

**Copies to:** *Appeared Counsel of Record*