UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

RICKY L. SUTTON, JR.,

      Plaintiff,

vs.                                      CAUSE NO.  2:20-cv-0042-JRS-DLP

CITY OF CLINTON, INDIANA,
CLINTON POLICE DEPARTMENT,
OFFICER JOHN ALKIRE in his
individual and official capacities,
OFFICER BRANDON MAHADY
in his individual and official capacities,
COUNTY OF PARKE, INDIANA,
CITY OF ROCKVILLE, INDIANA,
PARKE COUNTY SHERIFF'S DEPARTMENT,
and DEPUTY COREY HUTCHINS in his
individual and official capacities,

      Defendants

# PLAINTIFF'S PRELIMINARY WITNESS LIST

The Plaintiff, Ricky L. Sutton Jr., by counsel, pursuant to Rule 26(a)(1), Federal Rules

of Civil Procedure, tender the following preliminary witness list to the other parties in this

cause of action:

1. Ricky L. Sutton, Jr. c/o Gemma & Karimi LLP, 320 N. Meridian St., Suite 916, Indianapolis, IN 46204.

2. Erica Sutton (spouse of Plaintiff).

3. Cory Hutchins, Deputy, Parke County Sheriff's Office.

4. Officer John Alkire, Clinton Police Department.

5. Officer Brandon S. Mahady, Clinton Police Department.

6. Bao L. Ding, M.D., c/o Union Hospital-Clinton, 801 S. Main Street, Clinton, IN 47842.

7. Tammy Mundy, NP, Valley Professionals Community Health Center, 777 S. Main

Street, #100, Clinton, IN 47842.

8.  Sameer Bavishi, M.D., Union Associated Physicians Clinic, LLC.

9.  Tim Miller, M.D., Union Hospital Clinton, 801 S. Main St., Clinton, Indiana 47842.

10. Darla Holycross, RN, Union Hospital Clinton, 801 S. Main St., Clinton, Indiana 47842.

11. Chief of Police Billy MacLaren, Clinton Police Department and/or relevant representatives from Clinton Police Department.

12. Sheriff Justin Cole, Parke County Sheriff's Office and/or relevant representatives from Clinton Police Department.

13. Any/all law enforcement officers who witnessed the incident whose names are presently unknown by Plaintiff.

14. Doctor(s) from Vermillion Parke Community HC (Plaintiff's primary care provider).

15. Any witnesses from EMTs of Edgar County Special Service Area who observed the incident.

16. Dustin L. Walker, address unknown.

17. Megan C. Pocock, address unknown.

18. Representatives of Plaintiff's medical providers for injuries alleged to have occurred from the incident.

19. Any/all witnesses identified by any of the Defendants in their initial disclosures and preliminary and final witness lists.

20. Any witness who may later be identified who may support any claim or for rebuttal.

Plaintiff reserves the right to amend this list of witnesses should more information become available through discovery.

Date: May 29, 2020

Respectfully Submitted,

/s/ Ronald L. Gemma Jr.
Ronald Gemma, Esq., 30235-70
 Gemma & Karimi LLP
 320 N. Meridian St., Suite 916
 Indianapolis, IN 46204
 Phone: 317-258-0300
 Fax: 317-620-7034
 Email: ron.gemma@yahoo.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing **has been served via Electronic Correspondence** on this 29th day of May 2020 to:

Craig M. McKee (cmmckee@wilkinsonlaw.com)

Daniel J. Paul (dpaul@wbwlawyers.com)

/s/ Ronald L. Gemma Jr.
Ronald Gemma, Esq., 30235-70